## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Yongping Wang                               CHAPTER 13

           Debtor(s)                          BKY. NO. 19-16681 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee and index same on the master mailing list.

                        Respectfully submitted,
                    **/s/ Rebecca A. Solarz Esquire**
                    Rebecca A Solarz, Esquire
                    Kevin G. McDonald, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322