UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Yongping Wang <br><br>               Debtor | Chapter 13 <br> Bankruptcy No.19-16681-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of April, 2020, by first class mail upon those listed below:

Yongping Wang
2601 Pennsylvania Avenue
Unit 945
Philadelphia, PA  19130

**Electronically via CM/ECF System Only:**

BRANDON J PERLOFF ESQ
KWARTLER MANUS LLC
1429 WALNUT STREET SUITE 701
PHILADELPHIA, PA  19102

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee