**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Yongping Wang | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.19-16681-jkf |
| | : | |
| | : | Objection to Proof of Claim Four (#4) |
| | : | of LVNV Funding LLC |
| | : | |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

      **Yongping Wang, through their attorney, has filed an Objection to the Proof of Claim you filed in this Bankruptcy.**

1. **Your claim may be reduced, modified, or eliminated**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney you may wish to consult an attorney.)

2. **If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held on **7/08/2020 at 9:30 AM**., in Courtroom #3, United States Bankruptcy Court (900 Market Street, Philadelphia, PA 19107).  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intent to appear at the hearing**, to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date:05/26/2020

/s/ Brandon Perloff, Esq.
Brandon Perloff
415 S. Broad Street, 2R
Philadelphia, PA 19147
bperloff@perlofflaw.com
215-287-4231