**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Yongping Wang | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.19-16681-jkf |
| | : | |
| | : | Objection to Proof of Claim four (#4) |
| | : | of LVNV Funding LLC |
| | : | |

## <u>Certification of Service</u>

I, Brandon Perloff, Esq., hereby certify that I served the Objection to Proof of Claim, Notice and Request for Admissions on the interested parties listed below by first class prepaid postage mail and/or electronically on 05/26/2020:

**<u>Via Electronic Mail:</u>**
SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**<u>Via First Class Mail:</u>**
Yongping Wang
2601 Pennsylvania Avenue
Unit 945
Philadelphia, PA 19130

Mr. Bryan Faliero, President
LVNV Funding
 200 Meeting Street, Ste #206
Greenville, SC 29601

Matt Overton, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

   /s/ Brandon Perloff, Esq.
Brandon Perloff
415 S. Broad Street, 2R
Philadelphia, PA 19147
Ph: 215-287-4231
bperloff@perlofflaw.com
Applicant/Attorney for Debtor