# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Yongping Wang | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.19-16681-jkf |
| | : | |
| | : | Objection to Proof of Claim Six (#6) |
| | : | of LVNV Funding, LLC |
| | : | |

## Certification of Service

I, Brandon Perloff, Esq., hereby certify that I served the Objection to Proof of Claim, Notice and Request for Admissions on the interested parties listed below by first class prepaid postage mail and/or electronically on 05/26/2020:

**Via Electronic Mail:**
SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**Via First Class Mail:**
Yongping Wang
2601 Pennsylvania Avenue
Unit 945
Philadelphia, PA 19130

Mr. Bryan Faliero, President
LVNV Funding
200 Meeting Street, Ste #206
Greenville, SC 29601

Stacie Rhoades, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

    /s/ Brandon Perloff, Esq.
Brandon Perloff
415 S. Broad Street, 2R
Philadelphia, PA 19147
Ph: 215-287-4231
bperloff@perlofflaw.com
Applicant/Attorney for Debtor