**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
YONGPING WANG
    Debtor

BK. No. 19-16681-jkf

Chapter No. 13

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR INDYMAC
INDX MORTGAGE LOAN TRUST 2005-AR12,
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-AR12
    Movant

11 U.S.C. §362 AND §1301

v.

YONGPING WANG
MALZORATA WCISLO (NON-FILING CO-
DEBTOR)
    Respondents

**ORDER**

AND NOW, this 8th day of June, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**JEAN K. FITZSIMON,**
**Bankruptcy Judge**