United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yongping Wang  
       Debtor

Case No. 19-16681-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: dlv   Page 1 of 1   Date Rcvd: Jun 08, 2020  
                           Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.  
db     +Yongping Wang,   2601 Pennsylvania Avenue,   Unit 945,   Philadelphia, PA 19130-2340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/Text: mstranen@marcushoffman.com Jun 09 2020 03:30:25  
      2601 Parkway Condominium Association,   c/o Michelle J. Stranen,   326 W. State Street,  
      Media, PA 19063-3861  
                                                                                                                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:  
      ALBERT JAMES MILLAR   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,  
       RA-occbankruptcy6@state.pa.us  
      BRANDON J PERLOFF   on behalf of Debtor Yongping  Wang bperloff@perlofflaw.com,  
       kmecf1429@gmail.com  
      JEROME B. BLANK   on behalf of Creditor    Deutsche Bank National Trust Company, et.al.  
       paeb@fedphe.com  
      MARIO J. HANYON   on behalf of Creditor    Deutsche Bank National Trust Company, et.al.  
       paeb@fedphe.com  
      MICHELLE JEANNE STRANEN   on behalf of Creditor   2601 Parkway Condominium Association  
       mstranen@marcushoffman.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   J.P. Morgan Mortgage Acquisition Trust 2006--WF1,  
       U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com  
      ROBERT J. DAVIDOW   on behalf of Creditor    Deutsche Bank National Trust Company, et.al.  
       robert.davidow@phelanhallinan.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                     TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
YONGPING WANG                                                                BK. No. 19-16681-jkf
                   Debtor

Chapter No. 13

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR INDYMAC
INDX MORTGAGE LOAN TRUST 2005-AR12,
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-AR12                                11 U.S.C. §362 AND §1301
                   Movant
                   v.
YONGPING WANG
MALZORATA WCISLO (NON-FILING CO-
DEBTOR)
                   Respondents

**ORDER**

AND NOW, this 8th day of June, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

                                                  **JEAN K. FITZSIMON**,
                                                  **Bankruptcy Judge**