# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In Re: Yongping Wang | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy 19-16681-AMC |
| | : | |
| | : | Objection to Proof of Claim Four (#4) |
| | : | of LVNV Funding LLC |
| | : | |

**<u>Order</u>**

AND NOW, this_____ day of _____, 2020, upon considering the Debtor's objection to the proof claim of LVNV Funding LLC, Proof of Claim Four (#4), and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the proof of claim filed by LVNV Funding LLC, Proof of Claim Four (#4) is hereby disallowed and removed from the Claims Register.

**Date: July 8, 2020**

_____
Hon. Ashely M. Chan
**<u>United States Bankruptcy Judge</u>**