**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Yongping Wang | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No.19-16681-AMC |
| | : | |
| | : | Objection to Proof of Claim Six (#6) |
| | : | |
| | : | |

**Order**

AND NOW, this_____ day of _____, 2020, upon considering the Debtor's objection to the proof claim of LVNV Funding LLC, Proof of Claim Six (#6), and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the proof of claim filed by LVNV Funding LLC, Proof of Claim Six (#6) is hereby disallowed and removed from the Claims Register.

**Date: July 8, 2020**

_____
Hon. Ashely M. Chan
**United States Bankruptcy Judge**