United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16681-amc
Yongping Wang                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: dlv              Page 1 of 1               Date Rcvd: Jul 08, 2020
                               Form ID: pdf900        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
db             +Yongping Wang,    2601 Pennsylvania Avenue,    Unit 945,    Philadelphia, PA 19130-2340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: mstranen@marcushoffman.com Jul 09 2020 05:04:23
                2601 Parkway Condominium Association,    c/o Michelle J. Stranen,    326 W. State Street,
                Media, PA 19063-3861
cr              E-mail/Text: megan.harper@phila.gov Jul 09 2020 05:05:24      CITY OF PHILADELPHIA,
                Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                Philadelphia, PA 19102-1595
14445724        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 05:12:03      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14444644        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 05:12:03      LVNV Funding, LLC,
                c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
14411034        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 05:11:47
                LVNV Funding, LLC its successors and ass,    assignee of CitiFinancial, Inc.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRANDON J PERLOFF    on behalf of Debtor Yongping  Wang bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    2601 Parkway Condominium Association
               mstranen@marcushoffman.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Trust 2006--WF1,
               U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: Yongping Wang | : | Chapter 13 |
|  | : |  |
| Debtor | : | Bankruptcy 19-16681-AMC |
|  | : |  |
|  | : | Objection to Proof of Claim Four (#4) |
|  | : | of LVNV Funding LLC |
|  | : |  |
|  | : | **Order** |

    AND NOW, this_____ day of _____, 2020, upon considering the Debtor's objection to the proof claim of LVNV Funding LLC, Proof of Claim Four (#4), and the answer and testimony of the Respondent.

    It is hereby ORDERED and DECREED that the proof of claim filed by LVNV Funding LLC, Proof of Claim Four (#4) is hereby disallowed and removed from the Claims Register.

**Date: July 8, 2020**

_____
Hon. Ashely M. Chan
**United States Bankruptcy Judge**