IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                 :
                                      :    Chapter 13
         YONGPING WANG,               :
                                      :    Bankruptcy No. 19-16681 (AMC)
                           Debtor.    :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #65 filed by the City of Philadelphia on July 3, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 10, 2020        By:    */s/ Pamela Elchert Thurmond*
                                     PAMELA ELCHERT THURMOND
                                     Deputy City Solicitor
                                     PA Attorney I.D. 202054
                                     City of Philadelphia Law Department
                                     1401 JFK Blvd., 5th Floor
                                     Philadelphia, PA  19102-1595
                                     215-686-0508 (phone)
                                     215-686-0588 (facsimile)
                                     Email: Pamela.Thurmond@phila.gov