United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-16681-amc
Yongping Wang                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv              Page 1 of 1              Date Rcvd: Sep 01, 2020
                             Form ID: 167           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
db             +Yongping Wang,    2601 Pennsylvania Avenue,    Unit 945,    Philadelphia, PA 19130-2340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: mstranen@marcushoffman.com Sep 02 2020 12:04:29
                2601 Parkway Condominium Association,    c/o Michelle J. Stranen,    326 W. State Street,
                Media, PA 19063-3861
cr              E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:25     CITY OF PHILADELPHIA,
                Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                Philadelphia, PA  19102-1595
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRANDON J PERLOFF    on behalf of Debtor Yongping  Wang bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              MICHELLE JEANNE STRANEN    on behalf of Creditor    2601 Parkway Condominium Association
               mstranen@marcushoffman.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Trust 2006--WF1,
               U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yongping Wang
    Debtor(s)

Case No: 19−16681−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor J.P. Morgan Mortgage Acquisition et al...

    on: 9/23/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/1/20

Timothy B. McGrath
Clerk of Court

84 − 83
Form 167