## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Yongping Wang | |
| Debtor(s) | CHAPTER 13 |
| | |
| Specialized Loan Servicing LLC as servicer for J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee, its successors and/or assigns | |
| Movant | NO. 19-16681 AMC |
| vs. | |
| | |
| Yongping Wang | |
| Debtor(s) | |
| | |
| Scott F. Waterman | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee, which was filed with the Court on or about **August 28, 2020; Document #82**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

September 25, 2020