United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16681-amc |
| Yongping Wang | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: 155 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yongping Wang, 2601 Pennsylvania Avenue, Unit 945, Philadelphia, PA 19130-2340 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| BRANDON J PERLOFF | on behalf of Debtor Yongping Wang bperloff@perlofflaw.com  kmecf1429@gmail.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  et.al. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank National Trust Company  et.al. paeb@fedphe.com |
| MICHELLE JEANNE STRANEN | on behalf of Creditor 2601 Parkway Condominium Association mstranen@marcushoffman.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov |

District/off: 0313-2　　　　　　　　　　　　　User: Lisa　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Oct 14, 2020　　　　　　　　　　Form ID: 155　　　　　　　　　　　Total Noticed: 1

REBECCA ANN SOLARZ
　　　on behalf of Creditor J.P. Morgan Mortgage Acquisition Trust 2006--WF1  U.S. Bank National Association, as Trustee
　　　bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
　　　on behalf of Creditor Deutsche Bank National Trust Company  et.al. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
　　　ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
　　　on behalf of Creditor Deutsche Bank National Trust Company  et.al. paeb@fedphe.com

United States Trustee
　　　USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Yongping Wang
       Debtor(s)

Chapter: 13

Bankruptcy No: 19−16681−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 14, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                        Ashely M. Chan
                        Judge ,
                        United States Bankruptcy Court

                                        93
                                    Form 155