*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yongping Wang
    Debtor(s)

Case No: 19−16681−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response filed by Yongping Wang to Certification of Default by Creditor Deutsche Bank National Trust Company, et.al.

on: 1/27/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 1/4/21

Timothy B. McGrath
Clerk of Court

101 − 100
Form 167