United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yongping Wang  
    Debtor(s)

Case No. 19-16681-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Jan 04, 2021      Form ID: 167      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yongping Wang, 2601 Pennsylvania Avenue, Unit 945, Philadelphia, PA 19130-2340 |
| cr | + | J.P. Morgan Mortgage Acquisition Trust 2006-WF1, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: mstranen@marcushoffman.com | Jan 05 2021 03:58:00 | 2601 Parkway Condominium Association, c/o Michelle J. Stranen, 326 W. State Street, Media, PA 19063-3861 |
| cr | Email/Text: megan.harper@phila.gov | Jan 05 2021 03:59:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |

Case 19-16681-amc    Doc 102    Filed 01/06/21    Entered 01/07/21 01:04:42    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: 167 | Total Noticed: 4 |

ANDREW L. SPIVACK
    on behalf of Creditor Deutsche Bank National Trust Company et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRANDON J PERLOFF
    on behalf of Debtor Yongping Wang bperloff@perlofflaw.com kmecf1429@gmail.com

JEROME B. BLANK
    on behalf of Creditor Deutsche Bank National Trust Company et.al. paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank National Trust Company et.al. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MICHELLE JEANNE STRANEN
    on behalf of Creditor 2601 Parkway Condominium Association mstranen@marcushoffman.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Trust 2006--WF1 U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Deutsche Bank National Trust Company et.al. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Deutsche Bank National Trust Company et.al. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yongping Wang
    Debtor(s)               Case No: 19−16681−amc
                                    Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response filed by Yongping Wang to Certification of Default by Creditor Deutsche Bank National Trust Company, et.al.

on: 1/27/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 1/4/21

Timothy B. McGrath
Clerk of Court

101 − 100
Form 167