**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*PHILADELPHIA Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG | Case No. 19-16681-AMC<br>Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>        Movant | |
| vs. | |
| YONGPING WANG,<br>        Debtor,<br><br>SCOTT F. WATERMAN<br>        Respondent | 11 U.S.C. §362 |

**WITHDRAWAL OF CERTIFICATION OF DEFAULT OF STIPULATION**

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 ("Movant"), by and through its legal counsel, hereby withdraws its Certification of Default of Stipulation, (D.E. 99) filed on December 28, 2020.  Funds Received.

Date: 02/11/2021                                           /s/ Andrew Spivack
                                                                    Andrew Spivack, Esquire Bar No. 018141999
                                                                    Attorney for Creditor
                                                                    BROCK & SCOTT, PLLC
                                                                    309 Fellowship Road, Suite 200
                                                                    Mount Laurel, NJ 08054
                                                                    Phone Number: 844-856-6646 x3017
                                                                    Fax Number: 704-369-0760
                                                                    Email: NJBKR@brockandscott.com

20-08657 BKOBJ01