**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Yongping Wang<br>　　　　　　　Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC as servicer for J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee<br>　　　　　　v.<br>Yongping Wang<br>　　　and<br>Scott F. Waterman<br>　　　　　　Trustee | NO. 19-16681 AMC |

## ORDER

　　　AND NOW, this 　　　 day of 　　　　　　, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on 　 it is ORDERED AND DECREED that:

　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC as servicer for J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2623 East Madison Street Philadelphia, PA 19134.

　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: March 8, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Yongping Wang
2601 Pennsylvania Avenue, Unit 945
Philadelphia, PA 19130

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Brandon J. Perloff
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532