United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 19-16681-amc
Yongping Wang    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Mar 08, 2021    Form ID: pdf900    Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yongping Wang, 2601 Pennsylvania Avenue, Unit 945, Philadelphia, PA 19130-2340 |
| cr | + | J.P. Morgan Mortgage Acquisition Trust 2006-WF1, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: mstranen@marcushoffman.com | Mar 09 2021 03:25:00 | 2601 Parkway Condominium Association, c/o Michelle J. Stranen, 326 W. State Street, Media, PA 19063-3861 |
| cr | Email/Text: megan.harper@phila.gov | Mar 09 2021 03:25:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

**Name    Email Address**
ALBERT JAMES MILLAR
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us

Case 19-16681-amc    Doc 109    Filed 03/10/21    Entered 03/11/21 00:58:08    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: pdf900 | Total Noticed: 4 |

ANDREW L. SPIVACK
    on behalf of Creditor Deutsche Bank National Trust Company  et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRANDON J PERLOFF
    on behalf of Debtor Yongping Wang bperloff@perlofflaw.com  kmecf1429@gmail.com

JEROME B. BLANK
    on behalf of Creditor Deutsche Bank National Trust Company  et.al. paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, wbecf@brockandscott.com

MICHELLE JEANNE STRANEN
    on behalf of Creditor 2601 Parkway Condominium Association mstranen@marcushoffman.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Trust 2006--WF1  U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Deutsche Bank National Trust Company  et.al. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Deutsche Bank National Trust Company  et.al. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Yongping Wang<br>　　　　　　　　　　Debtor(s)<br><br>Specialized Loan Servicing LLC as servicer for J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee<br>　　　　　　　　　v.<br>Yongping Wang<br>　　　　　　　　and<br>Scott F. Waterman<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-16681 AMC |

## **ORDER**

　　　　AND NOW, this 　　　 day of 　　　　　　　, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on 　 it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC as servicer for J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2623 East Madison Street Philadelphia, PA 19134.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: March 8, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Yongping Wang
2601 Pennsylvania Avenue, Unit 945
Philadelphia, PA 19130

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Brandon J. Perloff
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532