# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Yongping Wang<br>　　　　　　　　　　　Debtor(s)<br><br>J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee, its successors and/or assigns<br>　　　　　　　　　　　Movant<br>　　　　vs.<br><br>Yongping Wang<br>　　　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-16681 AMC<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Movant on February 16, 2021 and Movant filing a Praecipe to Withdraw said Certification of Default on March 10, 2021,

it is ORDERED AND DECREED that: The Order entered on March 8, 2021 is hereby vacated, and the Automatic Stay remains in effect as to Specialized Loan Servicing LLC as servicer for J.P. Morgan Mortgage Acquisition Trust 2006--WF1, U.S. Bank National Association, as Trustee and the premises 2623 East Madison Street Philadelphia, PA 19134.

**Date: March 11, 2021**

_____
United States Bankruptcy Judge.