Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-16681-AMC**

Yongping Wang  
2601 Pennsylvania Avenue  
Unit 945  
Philadelphia  PA    19130

Petition Filed Date: 10/25/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $700.00 | | 02/10/2020 | $700.00 | | 03/10/2020 | $700.00 | |
| 04/10/2020 | $700.00 | | 05/11/2020 | $700.00 | | 06/11/2020 | $700.00 | |
| 07/06/2020 | $3,110.00 | | 08/03/2020 | $3,110.00 | | 09/02/2020 | $3,110.00 | |
| 11/20/2020 | $3,500.00 | | 02/18/2021 | $6,000.00 | | 03/24/2021 | $4,000.00 | |
| 04/30/2021 | $9,992.00 | | 05/03/2021 | $9,992.00 | | 05/12/2021 | $6,000.00 | |

**Total Receipts for the Period:  $53,014.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $53,714.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Yongping Wang | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $4,584.72 | $4,584.72 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $1,415.37 | $0.00 | $1,415.37 |
| 3 | FIRST SERVICE RESIDENTIAL »» 002 | Secured Creditors | $6,111.33 | $2,281.22 | $3,830.11 |
| 4 | SPECIALIZED LOAN SERVICING LLC »» 003 | Mortgage Arrears | $21,238.18 | $7,927.74 | $13,310.44 |
| 5 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHH MORTGAGE CORPORATION »» 005 | Mortgage Arrears | $64,195.34 | $23,962.68 | $40,232.66 |
| 7 | PHH MORTGAGE CORPORATION »» 05P | Secured Creditors | $10,337.22 | $3,858.65 | $6,478.57 |
| 8 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SPECIALIZED LOAN SERVICING LLC »» 007 | Secured Creditors | $7,757.65 | $2,895.76 | $4,861.89 |
| 10 | CITY OF PHILADELPHIA (LD) »» 008 | Unsecured Creditors | $52,507.17 | $0.00 | $52,507.17 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,573.00 | $3,573.00 | $0.00 |

Chapter 13 Case No. 19-16681-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,714.00 | Current Monthly Payment: | $3,535.00 |
| Paid to Claims: | $49,083.77 | Arrearages: | ($7,669.00) |
| Paid to Trustee: | $4,630.23 | Total Plan Base: | $190,980.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.