# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>    Movant<br><br>vs.<br><br>YONGPING WANG,<br>    Debtor, | Case No. 19-16681-amc<br>Chapter 13 |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 ("Movant"), by and through its legal counsel, hereby withdraws its Certification of Default filed on September 15, 2021. Debtor has brought account current.

This 16th day of September, 2021.

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x3017
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com

20-07510 BKAOD05

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>       Movant<br><br>vs.<br><br>YONGPING WANG,<br>       Debtor, | Case No. 19-16681-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Certification Of Default has been electronically served or mailed, postage prepaid on September 17, 2021 to the following:

YONGPING WANG
2601 PENNSYLVANIA AVE
UNIT 945
PHILADELPHIA, PA 19130

Brandon J Perloff, Debtor's Attorney
Brandon Perloff PC
315 North 12th Street, Suite 204
Philadelphia, PA 19107
bperloff@perlofflaw.com


Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606


20-07510 BKAOD05

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                        */s/ Andrew Spivack*
                                        Andrew Spivack
                                        (Bar No. 84439)
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        302 Fellowship Road, Suite 130
                                        Mount Laurel, NJ 08054
                                        Telephone:  844-856-6646 x3017
                                        Facsimile:  704-369-0760
                                        E-Mail:  PABKR@brockandscott.com

20-07510 BKAOD05