| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16681-AMC**

Yongping Wang
2601 Pennsylvania Avenue
Unit 945
Philadelphia  PA    19130

Petition Filed Date: 10/25/2019
341 Hearing Date: 12/13/2019
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $9,992.00 | | 05/03/2021 | $9,992.00 | | 05/12/2021 | $6,000.00 | |
| 06/14/2021 | $5,800.00 | | 07/15/2021 | $6,000.00 | | 08/09/2021 | $6,000.00 | |
| 11/16/2021 | $9,992.00 | | 01/06/2022 | $7,000.00 | | 04/11/2022 | $7,000.00 | |

**Total Receipts for the Period: $67,776.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $95,506.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Yongping Wang | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $4,584.72 | $4,584.72 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $1,415.37 | $0.00 | $1,415.37 |
| 3 | FIRST SERVICE RESIDENTIAL<br>»» 002 | Secured Creditors | $6,111.33 | $4,404.52 | $1,706.81 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Mortgage Arrears | $21,238.18 | $15,306.62 | $5,931.56 |
| 5 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHH MORTGAGE CORPORATION<br>»» 005 | Mortgage Arrears | $64,195.34 | $46,266.37 | $17,928.97 |
| 7 | PHH MORTGAGE CORPORATION<br>»» 05P | Secured Creditors | $10,337.22 | $7,450.17 | $2,887.05 |
| 8 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SPECIALIZED LOAN SERVICING LLC<br>»» 007 | Secured Creditors | $7,757.65 | $5,591.04 | $2,166.61 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Unsecured Creditors | $52,507.17 | $0.00 | $52,507.17 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,573.00 | $3,573.00 | $0.00 |

**Chapter 13 Case No. 19-16681-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $95,506.00 | Current Monthly Payment: | $3,535.00 |
| Paid to Claims: | $87,176.44 | Arrearages: | $29.00 |
| Paid to Trustee: | $8,329.56 | Total Plan Base: | $190,980.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.