| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Yongping Wang | Case Number:<br><br>2:2019-bk-16681 | |
| Name of Creditor:<br>    Deutsche Bank National Trust Company, et.al. || |
| Name of Current Servicer of account:<br>    PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  PHH Mortgage Corporation<br>  ATTN Bankruptcy Department<br>  PO Box 24605<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: SV 19<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  3998** || _ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 5** |||
| 3.   **Signature:**<br><br>  **Check the appropriate box.**<br>        I am the creditor.<br>    X   I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>        I am the trustee, or the debtor.<br>        I am a guarantor, surety, endorser, or other codebtor.<br><br><br>  By:   /s/ John Shelley                              Date:  02/18/2023<br>         Authorized Filing Agent for PHH Mortgage Services |||

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         CASE NO.:    19-16681

**Yongping Wang**                  CHAPTER:    13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                     *By U.S. Postal Service First Class Mail Postage Prepaid:*

Yongping Wang
2601 Pennsylvania Avenue
Unit 945
Philadelphia, PA 19130

*Debtor's Attorney:*          *By CM / ECF Filing:*

BRANDON J PERLOFF
Brandon Perloff PC
1830 Lombard Street
Ste 11a
Philadelphia, PA 19146

*Trustee:*                   *By CM / ECF Filing:*

*Trustee:* SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)