*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yongping Wang
    Debtor(s)

Case No: 19−16681−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of Default on behalf of Deutsche Bank National Trust Company and response filed by the Debtor

    on: 5/17/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 4/6/23

For The Court

Timothy B. McGrath
Clerk of Court

131 − 129, 130
Form 167