**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>    Movant<br><br>vs.<br><br>YONGPING WANG,<br>    Debtor | Case No. 19-16681-amc<br>Chapter 13 |

**WITHDRAWAL OF CERTIFICATION OF DEFAULT**

   DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 ("Movant"), by and through its legal counsel, hereby withdraws its CERTIFICATION OF DEFAULT filed on March 27, 2023, Docket Number 129.

This 26th day of May, 2023.

               */s/Andrew Spivack*
               Andrew Spivack, PA Bar No. 84439
               Matt Fissel, PA Bar No. 314567
               Mario Hanyon, PA Bar No. 203993
               Ryan Starks, PA Bar No. 330002
               Jay Jones, PA Bar No. 86657
               Attorney for Creditor
               BROCK & SCOTT, PLLC
               3825 Forrestgate Drive
               Winston Salem, NC 27103
               Telephone: (844) 856-6646
               Facsimile: (704) 369-0760
               E-Mail: PABKR@brockandscott.com

20-07510 BKAOD06

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>    Movant<br><br>vs.<br><br>YONGPING WANG ,<br>    Debtor | Case No. 19-16681-amc<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRANDON J PERLOFF, Debtor's Attorney
1830 Lombard Street
Ste 11a
Philadelphia, PA 19146
bperloff@perlofflaw.com


SCOTT F. WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107


20-07510 BKAOD06

Via First Class Mail:

YONGPING WANG
2601 PENNSYLVANIA AVE
UNIT 945
PHILADELPHIA, PA 19130

Date: <u>May 30, 2023</u>

                                  <u>*/s/Andrew Spivack*</u>
                                  Andrew Spivack, PA Bar No. 84439
                                  Matt Fissel, PA Bar No. 314567
                                  Mario Hanyon, PA Bar No. 203993
                                  Ryan Starks, PA Bar No. 330002
                                  Jay Jones, PA Bar No. 86657
                                  Attorney for Creditor
                                  BROCK & SCOTT, PLLC
                                  3825 Forrestgate Drive
                                  Winston Salem, NC 27103
                                  Telephone: (844) 856-6646
                                  Facsimile: (704) 369-0760
                                  E-Mail: PABKR@brockandscott.com

20-07510 BKAOD06