Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-16681-AMC**

Yongping Wang  
2601 Pennsylvania Avenue  
Unit 945  
Philadelphia  PA    19130

Petition Filed Date: 10/25/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | $9,000.00 | | 02/07/2023 | $7,000.00 | | 02/21/2023 | $2,000.00 | |
| 03/20/2023 | $4,000.00 | | 05/08/2023 | $9,992.00 | | 06/07/2023 | $3,500.00 | |

**Total Receipts for the Period: $35,492.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $130,998.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Yongping Wang | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $4,584.72 | $4,584.72 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $1,415.37 | $49.79 | $1,365.58 |
| 3 | FIRST SERVICE RESIDENTIAL<br>»» 002 | Secured Creditors | $6,111.33 | $6,111.33 | $0.00 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Mortgage Arrears | $21,238.18 | $21,238.18 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHH MORTGAGE SERVICES<br>»» 005 | Mortgage Arrears | $64,195.34 | $64,195.34 | $0.00 |
| 7 | PHH MORTGAGE SERVICES<br>»» 05P | Secured Creditors | $10,337.22 | $10,337.22 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SPECIALIZED LOAN SERVICING LLC<br>»» 007 | Secured Creditors | $7,757.65 | $7,757.65 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Unsecured Creditors | $52,507.17 | $1,846.94 | $50,660.23 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,573.00 | $3,573.00 | $0.00 |

Chapter 13 Case No. 19-16681-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $130,998.00 | Current Monthly Payment: | $3,535.00 |
| Paid to Claims: | $119,694.17 | Arrearages: | $6,957.00 |
| Paid to Trustee: | $11,303.83 | Total Plan Base: | $190,980.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.