**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| YONGPING WANG | : | |
| DEBTOR | : | |
| | : | BANKRUPTCY NO.:   19-16681- AMC |

### RESPONSE TO CERTIFICATION OF DEFAULT BY DEUTSCHE BANK NATIONAL TRUST COMPANY

Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esq. by way of Response to Deutsche Bank National Trust Company's (Movant) Motion, respectfully represents that Debtor has paid to the Movant the amount alleged to be in default. Said funds were paid via certified funds and were placed in the mail on March 1, 2024.

　　　　WHEREFORE, Debtor prays for a hearing to be set on this matter, by which time Debtor's account will be fully current.


Date: March 1, 2024　　　　　　　　　　　　　/s/ Brandon J. Perloff
　　　　　　　　　　　　　　　　　　　　　　Brandon J. Perloff Esquire
　　　　　　　　　　　　　　　　　　　　　　bperloff@perlofflaw.com
　　　　　　　　　　　　　　　　　　　　　　215-287-4231
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor