*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yongping Wang
    Debtor(s)

Case No: 19−16681−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor Yongping WangResponse to Certification of Default filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005−AR12, MORTGAGE PASS−THROUGH CERTIFICATES Series 2005−AR12

on: 4/3/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/4/24

Timothy B. McGrath
Clerk of Court

149 − 148
Form 167