# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>          Movant<br><br>vs.<br><br>YONGPING WANG ,<br>          Debtor | Case No. 19-16681-amc<br>Chapter 13 |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2005-Ar12, Mortgage Pass-Through Certificates Series 2005-AR12 ("Movant"), by and through its legal counsel, hereby withdraws its Certification Of Default filed on February 27, 2024, Docket Number 146.

This 29th day of March, 2024.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

20-07510 BKAOD07

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>     Movant<br><br>vs.<br><br>YONGPING WANG ,<br>     Debtor | Case No. 19-16681-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRANDON J PERLOFF, Debtor's Attorney
1830 Lombard Street
Ste 11a
Philadelphia, PA 19146
bperloff@perlofflaw.com


SCOTT F. WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107


20-07510 BKAOD07

Via First Class Mail:

YONGPING WANG
2601 PENNSYLVANIA AVE
UNIT 945
PHILADELPHIA, PA 19130

Date: <u>March 29, 2024</u>

<u>/s/Andrew Spivack</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

20-07510 BKAOD07