| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16681-AMC**

Yongping Wang
2601 Pennsylvania Avenue
Unit 945
Philadelphia  PA    19130

Petition Filed Date: 10/25/2019
341 Hearing Date: 12/13/2019
Confirmation Date: 10/14/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/21/2023 | $9,000.00 | | 11/22/2023 | $8,562.00 | | 01/18/2024 | $3,535.00 | |
| 01/23/2024 | $1,500.00 | | 02/27/2024 | $3,079.36 | | 03/06/2024 | $100.00 | |
| 03/06/2024 | $8,999.00 | | 07/22/2024 | $1,500.00 | | | | |

**Total Receipts for the Period: $36,275.36   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $167,273.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Yongping Wang | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $4,584.72 | $4,584.72 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $1,415.37 | $906.73 | $508.64 |
| 3 | FIRST SERVICE RESIDENTIAL »» 002 | Secured Creditors | $6,111.33 | $6,111.33 | $0.00 |
| 4 | NEWREZ LLC  D/B/A »» 003 | Mortgage Arrears | $21,238.18 | $21,238.18 | $0.00 |
| 5 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHH MORTGAGE SERVICES »» 005 | Mortgage Arrears | $64,195.34 | $64,195.34 | $0.00 |
| 7 | PHH MORTGAGE SERVICES »» 05P | Secured Creditors | $10,337.22 | $10,337.22 | $0.00 |
| 8 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NEWREZ LLC  D/B/A »» 007 | Secured Creditors | $7,757.65 | $7,757.65 | $0.00 |
| 10 | CITY OF PHILADELPHIA (LD) »» 008 | Unsecured Creditors | $52,507.17 | $33,637.82 | $18,869.35 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,573.00 | $3,573.00 | $0.00 |
| 11 | CITY OF PHILADELPHIA (LD) | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | SPECIALIZED LOAN SERVICING LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | INTRST CTC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-16681-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $167,273.36 | Current Monthly Payment: | $3,535.00 |
| Paid to Claims: | $152,341.99 | Arrearages: | $16,636.64 |
| Paid to Trustee: | $14,931.37 | Total Plan Base: | $190,980.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.