Certificate Number: 12433-PAE-DE-038916082

Bankruptcy Case Number: 19-16681



12433-PAE-DE-038916082

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2024, at 7:16 o'clock PM EDT, Yongping Wang completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 30, 2024

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher