LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Rd
Roswell, GA 30076
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

October 3, 2024

Clerk, United States Bankruptcy Court
400 Robert N.C. Nix Bldg.
900 Market St.
Philadelphia, PA 19107-4299

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor | Yongping Wang |
| Case Number | 19-16681 |
| Chapter | 13 |
| Secured Creditor | J.P. Morgan Mortgage Acquisition Trust 2006-WF1, U.S. Bank National Association, as Trustee |
| Loan Number | XXXXXX1052 |

Dear Sir / Madam:

  Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

  J.P. Morgan Mortgage Acquisition Trust 2006-WF1, U.S. Bank National Association, as Trustee
  c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
  Bankruptcy Department
  1544 Old Alabama Rd
  Roswell, GA 30076

  Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

  We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

    Very Truly Yours,

    */s/ Maria Tsagaris*
    c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
    1544 Old Alabama Rd
    Roswell, GA 30076
    Phone: 678-281-6532
    Email: Maria.Tsagaris@mccalla.com

NOA