# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br>    Debtor | Case No. 19-16681-amc<br><br>Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>    Movant<br><br>vs.<br>YONGPING WANG<br>    Respondents | 11 U.S.C. §362 and §1301 |

## RESPONSE TO CERTIFICATION OF DEFAULT BY DEUTSCHE BANK NATIONAL TRUST COMPANY

   Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esq. by way of Response to Deutsche Bank National Trust Company's (Movant) Motion, respectfully represents that Debtor has paid to the Movant the amount alleged to be in default. Said funds were placed in the mail on or before November 21, 2024.

       WHEREFORE, Debtor prays for a hearing to be set on this matter, by which time Debtor's account will be fully current.


Date: November 30, 2024                           /s/ Brandon J. Perloff
                                                  Brandon J. Perloff Esquire
                                                  bperloff@perlofflaw.com
                                                  215-287-4231
                                                  Attorney for Debtor