**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>   Movant<br><br>vs.<br><br>YONGPING WANG ,<br>   Debtor<br>   And<br>Malzorata Wcislo<br>   Co-Debtor | Case No. 19-16681-amc<br>Chapter 13 |

**WITHDRAWAL OF CERTIFICATION OF DEFAULT**

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 ("Movant"), by and through its legal counsel, hereby withdraws its CERTIFICATION OF DEFAULT filed on November 27, 2024, Docket Number 171.

This 23rd day of December, 2024.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC

20-07510 BKAOD09

                                                                  3825 Forrestgate Drive
                                                                  Winston Salem, NC 27103
                                                                  Telephone: (844) 856-6646
                                                                  Facsimile: (704) 369-0760
                                                                  E-Mail: PABKR@brockandscott.com

20-07510 BKAOD09

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YONGPING WANG<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12,<br>    Movant<br><br>vs.<br><br>YONGPING WANG ,<br>    Debtor<br>    And<br>Malzorata Wcislo<br>    Co-Debtor | Case No. 19-16681-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on December 23, 2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Withdrawal of Certification of Default

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>December 23, 2024</u>

　　　　　　　　　　　　　　　　　*/s/Mario Hanyon*
　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　Matthew Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002

20-07510 BKAOD09

Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

_____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRANDON J PERLOFF, Debtor's Attorney
1830 Lombard Street
Ste 11a
Philadelphia, PA 19146
bperloff@perlofflaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

SCOTT F. WATERMAN [Chapter 13],
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

YONGPING WANG
2601 PENNSYLVANIA AVE
UNIT 945
PHILADELPHIA, PA 19130
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

20-07510 BKAOD09

Malzorata Wcislo
2601 Pennsylvania Ave
Unit 945
Philadelphia, PA 19130
Co-Debtor
Via:　　☐ CM/ECF　　☒ 1st Class Mail　　☐ Certified Mail　　☐ e-mail:
　　　　☐ Other:

20-07510 BKAOD09