United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yongping Wang  
    Debtor

Case No. 19-16681-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 29, 2025      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yongping Wang, 2601 Pennsylvania Avenue, Unit 945, Philadelphia, PA 19130-2340 |
| 14428569 | + | 2601 Parkway Condominium Association, co Michelle J. Stranen, Esq., 326 W. State Street, Media, PA 19063-3861 |
| 14411027 | + | 2601 Parkway Condominium Association, C/O MARCUS & HOFFMAN, P.C., 326 WEST STATE STREET, MEDIA PA 19063-3861 |
| 14416987 | | Deutsche Bank National Trust Company, et.al., C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14411031 | + | Intrst Ctc, 21 West Fornance St, Norristown, PA 19401-3300 |
| 14466460 | + | J.P. Morgan Mortgage, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14411035 | + | Malgorzota Weislo, 2601 Pennsylvania Ave, Philadelphia, PA 19130-2348 |
| 14602271 | + | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14411040 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 30 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14411028 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:29:44 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14411029 | | Email/Text: megan.harper@phila.gov | Jan 30 2025 00:17:00 | City of Philadelphia, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14517516 | | Email/Text: megan.harper@phila.gov | Jan 30 2025 00:17:00 | City of Philadelphia, PAMELA ELCHERT THURMOND, Deputy City Solicitor, City of Philadelphia Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 191 |
| 14485811 | | Email/Text: megan.harper@phila.gov | Jan 30 2025 00:17:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14411030 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 30 2025 00:16:00 | Deutsche Bank National Trust Co., Ocwen Loan Servicing LLC, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14445497 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 30 2025 00:16:00 | Deutsche Bank National Trust Company, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX |

Case 19-16681-amc    Doc 186    Filed 01/31/25    Entered 02/01/25 00:36:00    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 24605, WEST PALM BEACH FL 33416-4605 |
| 14411032 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2025 00:17:00 | J.P. Morgan Mortgage, c/o Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14914169 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2025 00:17:00 | J.P. Morgan Mortgage Acquisition Trust 2006-WF1, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14933094 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jan 30 2025 00:17:00 | J.P. Morgan Mortgage Acquisition Trust 2006-WF1, U, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14445724 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:30:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14444644 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:41:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14411034 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:41:30 | LVNV Funding, LLC its successors and ass, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14411036 | + | Email/Text: mstranen@marcushoffman.com | Jan 30 2025 00:16:00 | Michelle J. Stranen, Esq., Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14935126 | | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2025 00:17:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14411037 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 30 2025 00:16:00 | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14419287 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2025 00:17:00 | PA Dept. of Revenue, c/o Albert James Millar, Office of Chief Counsel, P.O. Box 281061, Harrisburg, PA 17128-1061 |
| 14602272 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 30 2025 00:16:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14411039 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2025 00:41:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14413739 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14411038 | ^ | MEBN | Jan 30 2025 00:08:07 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14432764 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 30 2025 00:17:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14485269 | *++++ | U.S. BANK NATIONAL ASSOCIATION TRUSTEE (SEE 410), C/O SPECIALIZED LOAN SERVICING LLC, 8742 KENDRICK CASTILLO WAY STE 300, HIGHLANDS RANCH CO 80129-3155, address filed with court:, U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 14411033 | ##+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |

Case 19-16681-amc    Doc 186    Filed 01/31/25    Entered 02/01/25 00:36:00    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

14535687    ##+    Stanley B. Cheiken, Esquire, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

**Name**          **Email Address**

ALBERT JAMES MILLAR
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us

ANDREW L. SPIVACK
on behalf of Creditor Deutsche Bank National Trust Company et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for INDYMAC INDX Mortgage Loan Trust 2005-AR12 Mortgage Pass-Through Certificates Series 2005-AR12 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRANDON J PERLOFF
on behalf of Debtor Yongping Wang bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

DENISE ELIZABETH CARLON
on behalf of Creditor J.P. Morgan Mortgage Acquisition Trust 2006--WF1 U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor Deutsche Bank National Trust Company et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

MARIO J. HANYON
on behalf of Creditor Deutsche Bank National Trust Company et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12 MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for INDYMAC INDX Mortgage Loan Trust 2005-AR12 Mortgage Pass-Through Certificates Series 2005-AR12 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for INDYMAC INDX Mortgage Loan Trust 2005-AR12 Mortgage Pass-Through Certificates Series 2005-AR12 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHELLE J. CUNNINGHAM
on behalf of Creditor 2601 Parkway Condominium Association mcunningham@marcushoffman.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 29, 2025 | Form ID: 138OBJ | Total Noticed: 31

ROBERT J. DAVIDOW
    on behalf of Creditor Deutsche Bank National Trust Company  et.al. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 17

*Form 138OBJ* (6/24)−doc 184 − 181

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Yongping Wang<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−16681−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 29, 2025                                                                                               For The Court

                                                                                                                                    Timothy B. McGrath
                                                                                                                                    Clerk of Court