**MARCUS & HOFFMAN, P.C.**
**BY: MICHELLE J. CUNNINGHAM, ESQUIRE**
**Attorney Identification No. 208793**
326 West State Street
Media, PA  19063
(610) 565-4660
**Attorney for Plaintiff**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  19-16681-amc |
| YONG PING WANG | : | Chapter 13 |

### PRAECIPE TO WITHDRAW

AND NOW, this 18th day of February 2025, comes Michelle J. Cunningham, attorney for Creditor, 2601 Parkway Condominium Association, and requests that the Association's Motion for Relief to Chapter 13 Plan filed on or about January 15, 2025, be withdrawn, as all issues have been resolved.

Dated: 2/18/2025                                                        **MARCUS & HOFFMAN, P.C.**

*/s/ Michelle J Cunningham*

_____
**MICHELLE J. CUNNINGHAM, ESQUIRE**
**Attorney for Plaintiff**