United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16681-amc |
| Yongping Wang | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 26, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yongping Wang, 2601 Pennsylvania Avenue, Unit 945, Philadelphia, PA 19130-2340 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 28, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Deutsche Bank National Trust Company  et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for INDYMAC INDX Mortgage Loan Trust 2005-AR12  Mortgage Pass-Through Certificates Series 2005-AR12 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12  MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRANDON J PERLOFF | |
| | on behalf of Debtor Yongping Wang bperloff@howlandhess.com |

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Jun 26, 2025    Form ID: 195    Total Noticed: 1

kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net;HowlandHessBirnbaum@jubileebk.net

DENISE ELIZABETH CARLON
on behalf of Creditor J.P. Morgan Mortgage Acquisition Trust 2006--WF1  U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor Deutsche Bank National Trust Company  et.al. jblank@pincuslaw.com, mmorris@pincuslaw.com

MARIO J. HANYON
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for INDYMAC INDX Mortgage Loan Trust 2005-AR12  Mortgage Pass-Through Certificates Series 2005-AR12 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12  MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHELLE J. CUNNINGHAM
on behalf of Creditor 2601 Parkway Condominium Association mcunningham@marcushoffman.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT J. DAVIDOW
on behalf of Creditor Deutsche Bank National Trust Company  et.al. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Yongping Wang  : Case No. 19−16681−amc

      Debtor(s)

***ORDER***
_____

AND NOW, this day , June 25, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Form 195